| | |
|---|---|
| **MAGISTRATE'S CRIMINAL MINUTES** | **FILED IN OPEN COURT** |
| **REVOCATION PROCEEDINGS** | DATE: 11/6/14  @  2:06 p.m. |
| | TAPE: FTR |
| | Time In Court: ___ Hr  16 Min |

MAGISTRATE **ALAN J. BAVERMAN,** PRESIDING        Suzy Edwards  DEPUTY CLERK

| | | | |
|---|---|---|---|
| CASE NO: | 1:14mj222, 1:14mj1005 | DEFENDANT'S NAME | Allen J. Pendergrass |
| AUSA: | Mary Roemer | DEFENDANT'S ATTY | Jeff Ertel |
| USPO: | Anthony Parker | Type Counsel | Retained   CJA   X FDP |

## REVOCATION PROCEEDINGS

____ Order appointing Federal Defender Program.

____ Preliminary hearing   HELD     WAIVED     CONTINUED to _____

____ Waiver filed.

____ Final revocation hearing   TO BE SET   _____

X    Final revocation hearing HELD.

____ Defendant ADMITS / DENIES the allegations as set forth in the petition.

X    Court finds there IS NOT probable cause defendant has violated terms of release.

X    Court ordered defendant's probation to be:

  ____ Revoked     ____ Terminated     X Reinstated/(Continued)
  ____ Vacated     ____ Modified       X Written Order to follow

## BOND/DETENTION PROCEEDINGS

____ Government Motion for DETENTION filed.  Detention hearing set _____

____ Detention hearing HELD.

____ Order of detention pending final supervised release hearing.

____ BOND SET at   $ _____

X    SPECIAL CONDITIONS:   Previous conditions of release are amended to allow travel only to District of Colorado and Southern District of Ohio for court purposes.  All other conditions remain the same.  Written order to follow.

X    Defendant RELEASED on previous conditions, with the amendment noted above.

____ Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

____ See Page 2